# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | 3:09-CV-0678-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 3, 2011 |
| | ) | |
| GREGORY MARTIN, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN       **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for defendants to be sanctioned for committing perjury (#25). Defendants opposed the motion (#27). No reply was filed.

Plaintiff's motion for defendants to be sanctioned for committing perjury (#25) in the declaration of Molly Collins attached to defendants' motion for extension of time (#19) is **DENIED**. The legal researcher Molly Collins simply misread and/or misinterpreted plaintiff's *charged* offense and the *result* offense in the plaintiff's NDOC NOTIS Report. Defendants, counsel, and Ms. Collins did not act in bad faith and sanctions are not warranted.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
          Deputy Clerk