UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00678-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| GREGORY MARTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court has considered the Order of United States Magistrate Judge Valerie P. Cooke (#30) entered on January 3, 2011, in which the Magistrate Judge denied Plaintiff's Motion for Defendants to be Sanctioned for Committing Perjury (#25). Plaintiff filed an objection to the Order (#36) on January 18, 2011. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of Nevada.

It appearing to the Court that the Magistrate's Order is neither erroneous nor contrary to law, and good cause appearing, the Court determines that the Magistrate's Order (#30) entered on January 3, 2011, is ADOPTED and ACCEPTED, and

///

///

IT IS ORDERED that Plaintiff's Motion for Defendants to be Sanctioned for Committing Perjury (#25) is DENIED.

IT IS SO ORDERED.

DATED this 13th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE