UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TADARYL WILLIAMS,

        Plaintiff,                                3:09-CV-0678-LRH (VPC)

vs.                                             **MINUTES OF THE COURT**

GREGORY MARTIN, et al.,              Date: March 2, 2011

        Defendants.
_____ /

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Defendants filed a motion for leave to file confidential case notes and medical records *under seal* in support of opposition to plaintiff's motion for prospective injunctive relief (#42). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

     **IT IS ORDERED** that defendants' motion for leave to file confidential case notes and medical records *under seal* in support of opposition to plaintiff's motion for prospective injunctive relief (#42) is **GRANTED**. The documents (#43) are filed and shall remain under seal.

     **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                              By:   /s/
                                        Deputy Clerk