UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TADARYL WILLIAMS,        )<br>                          )<br>        Plaintiff,         )<br>                          )<br>v.                        )<br>                          )<br>GREGORY MARTIN, et al.,   )<br>                          )<br>        Defendants.       )<br>_____) | 3:09-cv-00678-LRH-VPC<br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#60[1]) entered on April 20, 2011, recommending denying Plaintiff's Motion for Prospective/ Injunctive Relief (#13) filed on August 30, 2010. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#60) entered on April 20, 2011, should be adopted and accepted.

---

[1] Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#60)
2 entered on April 20, 2011, is adopted and accepted, and Plaintiff's Motion for Prospective/Injunctive
3 Relief (#13) is DENIED.
4     IT IS FURTHER ORDERED that Plaintiff's "Objection to Defendants' Notice of Compliance
5 with the Court's Order to Produce Updated Medical Records and Offender Information Summary"
6 (#59) be STRICKEN.
7     IT IS SO ORDERED.
8     DATED this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE