UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| TADARYL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:09-cv-00678-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| GREGORY MARTIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#62[1]) entered on May 2, 2011, recommending granting Defendants' Partial Motion to Dismiss Count 1 of Plaintiff's Complaint (#40) filed on February 3, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#62) entered on May 2, 2011, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#62) entered on May 2, 2011, is adopted and accepted, and Defendants' Partial Motion to Dismiss Count 1 of Plaintiff's Complaint (#40) is GRANTED.

IT IS FURTHER ORDERED that Defendants Willis and Large be DISMISSED from this action.

IT IS SO ORDERED.

DATED this 6th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2