UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

TADARYL WILLIAMS,            )
                             )
      Plaintiff,           )            3:09-cv-00678-LRH-VPC
                             )
v.                           )
                             )            O R D E R
GREGORY MARTIN, *et al.*,    )
                             )
      Defendants.          )
_____)

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#84[1]) entered on March 31, 2012, recommending denying Plaintiff's Motion for Prospective Injunctive Relief (#74), filed on October 7, 2011. No objection to the Report and Recommendation has been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#84) entered on March 31, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#84) entered on March 31, 2012, is adopted and accepted, and Plaintiff's Motion for Prospective Injunctive Relief (#74) is **DENIED**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE