1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TADARYL WILLIAMS, | Case No. 3:09-cv-0678-LRH-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| GREGORY MARTIN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tadaryl Williams (pro se) and Defendants Brenda Atwood, Robert Bannister, Gloria Carpenter, E.K. McDaniel, Gregory martin, Howard Skolnik, and Loren Stephey, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Nathan Hastings, Deputy Attorney General, that all Plaintiff Tadaryl Williams' claims, contained the Civil Rights Complaint in the above-captioned matter, be dismissed in their entirety, with prejudice.

///
///
///

1

1   This Stipulation is based upon an out-of-court settlement agreement reached by
2   Plaintiff Williams and Defendants.  Each party shall bear their own attorneys fees and costs.
3
4   Dated this 20 day of July, 2012.                Dated this 23rd day of July, 2012
5   
    *Tadaryl Williams* (signature)                  CATHERINE CORTEZ MASTO
6   Tadaryl Williams                                Attorney General
7   *Plaintif in Pro se*                            By: *Nathan Hastings* (signature)
8                                                   NATHAN HASTINGS
                                                    Deputy Attorney General
9
                                                    *Attorneys for Defendant*
10
11
12
13
14  IT IS SO ORDERED:
15       DATED: this 26th day of July, 2012.        (signature)
16
17                                                  _____
                                                    LARRY R. HICKS
18                                                  UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28